1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   GERALDINE QUINTIN,                    )    No. C 13-2909 LHK (PR)
                                           )
12                  Plaintiff,             )    ORDER OF DISMISSAL
                                           )
13      v.                                 )
                                           )
14   UNKNOWN,                              )
                                           )
15                  Defendant.             )
                                           )
16

17       On June 24, 2013, plaintiff, proceeding *pro se*, filed a letter which commenced this
18   action. The same day, the clerk notified plaintiff that she had not paid the filing fee, nor had she
19   filed an application to proceed in forma pauperis ("IFP"). The clerk also notified plaintiff that
20   she failed to submit a complaint. Along with the deficiency notices, plaintiff was provided with
21   a new IFP application and instructions for completing it. Plaintiff was further cautioned that her
22   failure to either file a completed IFP application or pay the filing fee within twenty-eight days
23   would result in the dismissal of this action. In addition, plaintiff was advised that her failure to
24   file a complaint within twenty-eight days would result in the dismissal of this action. To date,
25   plaintiff has not paid her filing fee, filed a completed IFP application, or filed a complaint.
26       Thus, the instant action is **DISMISSED** without prejudice. The clerk shall enter
27   judgment and close the file. The clerk is also directed to send an electronic copy of plaintiff's
28   original letter (docket no. 1), and a copy of this order to the courtroom deputy of Judge Thelton

Order of Dismissal
G:\PRO-SE\LHK\CR.13\Quintin909disifpcomp.wpd

1 | Henderson.
2 |     IT IS SO ORDERED.
3 | DATED: 8/19/13

                                                                             LUCY H. KOH  
                                                                          United States District Judge

Order of Dismissal  
G:\PRO-SE\LHK\CR.13\Quintin909disifpcomp.wpd    2