IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERALDINE QUINTIN, | ) | No. C 13-2909 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| UNKNOWN, | ) | |
| Defendant. | ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/19/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

G:\PRO-SE\LHK\CR.13\Quintin909jud.wpd